## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brian Anderson, et al.,

        Plaintiffs,　　　　　　　　　Civil 07-912 (PAM/RLE)

v.

**ORDER OF DISMISSAL**

CNI-Duluth, LLC., et al.,

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September __27__ , 2007

                                    s/Paul A. Magnuson  
                                    Paul A. Magnuson, Judge  
                                    United States District Court